IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>NIKOLE DANIELLE LUTTSCHWAGER,<br><br>Defendant. | Case No. CR 17-148-BLG-SPW-2<br><br>**ORDER GRANTING NIKOLE LUTTSCHWAGER'S UNOPPOSED MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL** |

Upon Defendant's Unopposed Motion to File Sentencing Memorandum Under Seal (Doc. 60), and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion to File Sentencing Memorandum Under Seal is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk of Court file Defendant's Sentencing Memorandum (Doc. 59) under seal.

Dated this 4th day of April, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE