

FILED

APR 1 8 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>NIKOLE DANIELLE LUTTSCHWAGER,<br><br>Defendant. | Case No. CR 17-148-BLG-SPW-2<br><br>**ORDER GRANTING NIKOLE LUTTSCHWAGER'S UNOPPOSED MOTION TO FILE NOTICE OF LETTERS OF SUPPORT UNDER SEAL** |

Upon the Defendant's Unopposed Motion to File Notice of Letters of Support Under Seal (Doc. 66), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Nikole Luttschwager's Motion to File Notice of Letters of Support Under Seal (Doc. 66) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court file Defendant's Letters of Support attached as exhibits to Document 65 under seal.

**IT IS FURTHER ORDERED** that the Defendant's First Motion to File Letters of Support (Doc. 65) is **DENIED** as moot since it should not have been filed as a Motion.

Dated this 17th day of April, 2019.

_Susan P. Watters_
SUSAN P. WATTERS
U.S. DISTRICT JUDGE